U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.* 8, 9, 10, 11, 12, 13✓

| PLAINTIFF RELEANA, LLC | COURT CASE NUMBER 8:17-cv-02097-VAP |
| --- | --- |
| DEFENDANT DEIRDRE SUE STEPHENS et al | TYPE OF PROCESS THIRD PARTY LEVY |

**SERVE** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. BANK .N. A.

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
633 W. 5TH ST. LOS ANGELES, CA. 90071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RICHARD O. EVANS, ESQ.
EVANS COLLECTION LAW FIRM
3731 WILSHIRE BLVD. SUITE 514
LOS ANGELES, CA. 90010

| | |
| --- | --- |
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Pursuant to CCP 700.160, Please Levy all deposit accounts of all debtors on the writ of execution at U.S. Bank. Pls note that ARE Legal will be serving the Levy per the order of appointment herewith.

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 213-292-6888 | DATE 2/27/18 |
| --- | --- | --- | --- |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 3/5/18 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| --- | --- | --- |
| Address *(complete only if different than shown above)* | FILED CLERK, U.S. DISTRICT COURT MAR 16 2018 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY | Date of Service  Time  am / pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee 65 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges 65 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund 0 |
| --- | --- | --- | --- | --- | --- |

REMARKS:

served on: 3/6/18

Mailed on: 3/6/18

| PRIOR EDITIONS MAY BE USED | 1. **CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
| --- | --- | --- |

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Evanns, Richard**<br>**3731 Wilshire Blvd, Suite 514**<br>**Los Angeles, CA 90010** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **213-292-6888**  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **RELEANA LLC** | |

| **United States District Court, Central District of California** |
|---|
| STREET ADDRESS: **350 W 1st Street Suite 4311** |
| MAILING ADDRESS: **350 W 1st Street Suite 4311** |
| CITY AND ZIP CODE: **Los Angeles 90012** |
| BRANCH NAME: **First Street Federal Courthouse** |

| PLAINTIFF/PETITIONER: RELEANA LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: DEIRDRE SUE STEPHENS | **8:17-CV-02097-VAP** |

| **PROOF OF SERVICE (Notice of Levy)** | Ref. No. or File No.:<br>**RELEANA v. STEPHENS** |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   **Notice of Levy; Memorandum of Garnishee (x2); Writ of Execution**

3. a. Party served *(specify name of party as shown on documents served)*:
   **U.S. BANK N.A.**

   b. Person served on behalf of an entity or as an authorized agent *(specify name and relationship to the party)*:
   **Henry Rivas, BRANCH OFFICER, PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, an Hispanic male approx. 35-45 years of age, 5'8"-5'10" tall, weighing 180-200 lbs with brown hair.**

4. Address where the party was served:
   **633 W 5TH ST, LOS ANGELES, CA 90017**

5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **03/06/2018** (2) at *(time):* **2:34 PM**

6. Copies of the Notice of Levy (Enforcement of Judgment), Writ of Execution, Exemptions from the Enforcement of Judgments, Claim of Exemption (Enforcement of Judgment), Financial Statement (Wage Garnishment-Enforcement of Judgment), and Current Dollar Amounts of Exemptions from the Enforcement of Judgments were made to the Judgment Debtor in a sealed envelope, by first class mail, postage prepaid on **03/06/2018** to:
   **DEIRDRE SUE STEPHENS, YORKSHIRE ENTERPRISE LP, DEIRDRE S STEPHENS REVOCABLE TRUST, SARAH TUNTLAND ALBERG & YORKSHIRE MEADOWS LLC, 2504 S LAURELWOOD S #136, SANTA ANA, CA 92704**

7. Person who served papers *(name, address, and telephone number)*        Fee for service: **$ 85.00**

   **Mario Lopez, 316 W 2nd St., 3rd Floor, Los Angeles, CA 90012, 213-621-9999**

   (1) ☐ I am not a registered California process server.
   (2) ☐ I am exempt from registration under Business and Professions Code section 22350(b).
   (3) ☒ I am a registered California process server:
   - (i) ☐ owner ☐ employee ☒ independent contractor.   For: **ABC Legal Services, Inc.**
   - (ii) ☒ Registration No.: **5986**                         Registration #: **6779**
   - (iii) ☒ County: **Los Angeles**                         County: **Los Angeles**

8. ☒ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   *or*

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: *3/7/18*

_____        _____
**Mario Lopez**                                          (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*[Margin stamp: 2018 MAR -8 AM 10  RECEIVED U.S. MARSHALS SERVICE]*