**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form. 21,22,23,24,25,26 ✓

| | |
|---|---|
| PLAINTIFF RELEANA, LLC. | COURT CASE NUMBER 8:17-CV-02097-VAP |
| DEFENDANT DEIRDRE SUE STEPHENS et al | TYPE OF PROCESS ~~WAGE GARNISHMENT~~ 3RD PARTY |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
GREENSBURG EQUITIES, LLC c/o MATHEW MULLHOFER

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2107 N BROADWAY SUITE 103, SANTA ANA, CA. 92706

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Evans ESQ
3731 Wilshire Blvd #514
Los Angeles CA 90010

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pls levy on all monies due or coming due to all debtors listed on the EJ-150. Pl note ABC Legal will be serving the papers pursuant to the order of appointment

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER 213-291-4104
DATE 3/12/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 3/20/18 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 7 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Served on: 3/21/18
Mailed on: 3/21/18

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)